UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 19-60797-Civ-COOKE/HUNT**

MSP RECOVERY CLAIMS, SERIES LLC,
*a Delaware limited liability company*, *et al.*,

      Plaintiffs,

vs.

PRIVILEGE UNDERWRITERS
RECIPROCAL EXCHANGE (PURE),

      Defendant.
_____/

**ORDER OF DISMISSAL**

      THIS CASE has been **DISMISSED** *without prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). *See* Notice of Voluntary Dismissal (ECF No. 31). The Clerk shall **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

      **DONE and ORDERED** in Chambers, in Miami, Florida, this 21st day of November 2019.

                                          */s/ Marcia G. Cooke*
                                       MARCIA G. COOKE
                                       United States District Judge

Copies furnished to:
*Patrick M. Hunt, U.S. Magistrate Judge*
*Counsel of Record*